# Court of Appeals
# of the State of Georgia

ATLANTA,   April 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1645.  Chatman v. The State.**

Demetric Chatman pled guilty in 2009 to possessing cocaine and was sentenced to ten years probation.  On November 16, 2011, the trial court revoked four years of the probation after finding that Chatman had violated the terms of his probationary sentence.  Chatman filed a motion for new trial, which was denied.  He then filed this direct appeal.  To appeal an order revoking probation, however, an appellant must follow the discretionary appeal procedure in OCGA § 5-6-35.  See OCGA § 5-6-35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005). Chatman's failure to comply with the discretionary review procedure deprives us of jurisdiction to consider his appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   04/25/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*